UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: **8:21-cv-01662-WFJ-SPF**

| | |
|---|---|
| **YAQIN LIU**, | )<br>) |
| Plaintiff, | )<br>) |
| | ) CASE NO. **21-CA-004599** |
| v, | )<br>) (Formerly Circuit Court for Thirteenth |
| | ) Judicial Circuit Hillsborough County, |
| **BIN ZHANG**, | ) Florida) |
| | ) |
| Defendant. | )<br>) |

## UNOPPOSED MOTION TO REMAND

Defendant, BIN ZHANG, hereby requests the Court to remand the above styled caseback to Case No. 21-CA-004599 from the Circuit Court for the Thirteenth Judicial Circuit, Hillsborough County, Florida and states as follows:

1. On June 4, 2021, Plaintiff filed a Complaint in the Circuit Court for the Thirteenth Judicial Circuit, Hillsborough County, Florida in Case No. 21-CA-004599 (the "State Court Action")

2. On July 9, 2021, Defendant filed and served a Notice of Removal of the State Court Action to this Court.

3. The undersigned has phone and emailed to the Plaintiff's attorney, who has not object to this Motion.

4. Subsequent to filing the Notice of Removal, Defendant noticed that neither party is a U.S. citizen and became aware that this Court does not have jurisdiction over this matter under 28 U.S.C. § 1332 (a).

WHEREFORE Defendant requests that this Court remand the above styled case back to Case No. 21-CA-004599 from the Circuit Court for the Thirteenth Judicial Circuit, Hillsborough County, Florida.

*June Zhou*

June Zhou, Esquire
Florida Bar No. 0694045
Law Office of June Zhou, LLC
21346 Saint Andrews Blvd., Ste 209
Boca Raton, FL 33433
Tel. (954) 482-0274
Fax (954) 482-0275
Email: jzlaw@mail.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via United States mail postage prepaid and by E-Mail to: Richard Alvarez, Esq., Older Lundy Alvarez & Koch, 1000 W. Cass St., Tampa, FL 33606 at triallawyers@olalaw.com on this _____ day of July 2021.

*June Zhou*

June Zhou, Esquire